UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO: 12-70264 |
| | § | |
| Elizabeth Ramirez | § | |
| | § | CHAPTER 13 |

## ORDER REINSTATING CASE

Came on this day for consideration the Debtor(s)' Motion to Reinstate and Vacate Order of Dismissal, and having considered the pleadings and the evidence presented thereon, the Court finds that the relief should be **GRANTED**

**IT IS THEREFORE ORDERED** that the above referenced case is hereby **REINSTATED.**

SIGNED ON:_____

_____
UNITED STATES DISTRICT JUDGE