

## UNITED STATES DISTRICT·COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In Re:                                    §        CASE NO: 12-70264
                                          §
Elizabeth Ramirez                         §
                                          §        CHAPTER 13

ENTERED
07/26/2012

## ORDER REINSTATING CASE

Came on this day for consideration the Debtor(s)' Motion to Reinstate and Vacate Order of Dismissal, and having considered the pleadings and the evidence presented thereon, the Court finds that the relief should be **GRANTED**

**IT IS THEREFORE ORDERED** that the above referenced case is hereby **REINSTATED.**

SIGNED ON:___7/26/12___

_____
UNITED STATES DISTRICT JUDGE